IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:07CR3050 |
| v. | ) | |
| | ) | |
| THOMAS STEFKOVICH, | ) | |
| | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |
| | ) | |

A hearing was held before me this date on allegations made in the petition for action on conditions of pretrial release, filing 30. The defendant was present with counsel, and was advised of his rights. The defendant admitted the allegations in the petition. I therefore find that the allegations of violation of the order of release are true.

Regarding disposition, the government sought detention. Under 18 U.S.C. § 3143, detention is required.

IT THEREFORE HEREBY IS ORDERED,

The previous order of release, filing 14, and the order modifying conditions, filing 17, are revoked, and the defendant shall be detained in the custody of the United States Marshal until further order.

DATED October 1, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge