IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3050 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| THOMAS STEFKOVICH, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion, and in order to accommodate a change in the undersigned's schedule,

IT IS ORDERED that the defendant's sentencing is continued to Tuesday, November 27, 2007, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, at the Robert V. Denney Federal Building and United States Courthouse, in Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

October 3, 2007.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge